UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL COMPLAINT

Edwin Berrios Guzman
    Plaintiff

vs

Case No: 6:21-CV-1125-ORL-40DCI

Ann Coffman
Andrew Saul
Christine E Groves
Sharon Keri

    Defendants
_____/

I. **PARTIES TO THIS COMPLAINT**

A.    Edwin Berrios Guzman ( **PLAINTIFF**)
    729 Charles Dr.
    Sierra Vista, AZ 85635
    520-220-0793

1)    Ann Coffman Program Dir. CSE ( **Defendant** )
    2450 Shumard Oak Blvd.
    Tallahassee, FL 32311
    850-488-6800

2)    Andrew Saul Commissioner of Social Security Admin (**Defendant**)
    Social Security Office
    1100 West High Rise
    6401 Security Blvd
    Baltimore, MD. 21235

4)    Hearing officer Christina E. Groves    (**Defendant** )
    Orange County Courthouse
    425 N. Orange Ave
    Orlando, FL 32801

5)     Sharon Keri Process manager                         **(defendant)**
       Dept. of Revenue
       2450 Shumard Oak Blvd
       Tallahassee, FL 32311

## II.    BASIS FOR JURISDICTION

Federal Court has jurisdiction over ALL cases in Law and equity arising under the Constitution and laws of the United States including matters of 42 U.S.C 1983 , **Case involving Federal Questions** and **Violations of Federal Laws and Procedures**

## III.    STATEMENT OF CLAIM

On and about March 14, 2014, I notified defendants Ann Coffin of medical conditions that rendered me disabled, then again in May 2, 2014 along with other multiple request and Motions totaling over 17 hearings and 28 motions to date. After notifying Ann Coffin in the matter of my Disability, all my request were unanswered and disregarded, inflating a balance due on my support order.  Hearing officer Christine Groves  received my motion to dissmiss with information and EVIDENCE into FRAUD and Perjury and chose disregarded my request for investigations.  The most recent hearing my motion was denied making Hearing office Groves an Accessory to the Fraud.  Since 2014 , Saron Keri falsifying documents contributed to the illegal garnishments of my Disability payments. I have been forces to live in a homelessness state. Sometime in 2016,  I was approved for Social Security Disability which has since been garnished in the amount of $387.00 until July 5, 2021.  A request for a copy of deduction order from Andrew Saul containing an order with an Official Seal was ignored as well as a Cease and Desist letter mailed to Andrew Saul. I have been living on a income of $897.00 per month for the past 5 years, below the federal poverty level of $12,880 due to the actions of the Defendants Profit over People. I have been forced to live in a 29 year old motor home that lacks basic air conditioning nor heating and has black mold throughout the coach due to leaks on roof and windows. After having, in excess of $20,000,  garnished, the Defendants continue to further their Profit over people and continue deductions under Fraud denying me Due Process and Deprivation of rights . All the Defendants Colaborated in the cover up of Evidence I furnished over the past 6 years.

## IV.    RELIEF REQUESTED.

Monetary relief requested  in the amount of $20.000.00 which amounts to  monies deducted under False Pretense  for the past six (6) years in which I have been attempting to seek relief provided to me under the Law, that has gone unanswered by the Defendants in this case. Punitive damages in the amount of $5,000.00 for the Emotional Stress caused by defendants

## V.  CERTIFICATION

As required by Federal Rule of Civil Procedure, I certify by signing below that to the best of my knowledge, information, and belief, this complaint : (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay or needless increase the cost of litigation;  (2) is supported
by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentary support after reasonable opportunity for further investigation or discovery;  and (4) the complaint otherwise complies with the requirement of rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in a dismissal of my case.

June 30  , 2021

Plaintiff Signiture_____

Edwin Berrios Guzman
729 Charles Dr.
Sierra Vista, AZ 85635
edwinguzman1001@gmail.com
520-220-0793